No. 98–5491. GREEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5492. HARMS v. INTERNAL REVENUE SERVICE. C. A. 8th Cir. Certiorari denied.

No. 98–5493. BREWSTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5494. DAVIS v. COLONIAL SAVINGS. Ct. App. Ariz. Certiorari denied.

No. 98–5497. NORRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5498. KELLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5499. KEMBITSKEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5500. MADSEN v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–5501. MAUWEE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5502. MILLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–5506. IBRAHIM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–5507. GIBSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5509. SAIN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–5511. PERCOPO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5512. JERMOSEN v. CAHILL ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–5513. MOORE v. PAGE, WARDEN. C. A. 7th Cir. Certiorari denied.